Brian Neil Hoffman (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel. (303) 295-8000 / Fax: (303) 416-8963
bnhoffman@hollandhart.com

Timothy A. Lukas (Nevada Bar No. 4678)
Robert C. Ryan (Nevada Bar No. 7164)
Tamara Reid (Nevada Bar No. 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775-327-3000 (tel.); 775-786-6179 (fax)
tlukas@hollandhart.com
rcryan@hollandhart.com
treid@hollandhart.com
*Attorneys for Defendant*
Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd.

FILED / ENTERED

JUN -7 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY ALEXANDER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN MEILING, *et al.*,<br><br>Defendants. | ORDER<br><br>CASE NO.: 16-cv-00572-MMD-VPC<br><br>**THE MEILING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL MEILING DEFENDANTS' MOTION ON PLAINTIFFS' IMPROPER COMMUNICATION WITH PUTATIVE CLASS MEMBERS AND RELATED EXHIBITS** |

Pursuant to Local Rule 10-5(b) and the Protective Order entered in this case (dkt. 71), the Meiling Defendants respectfully request that their Motion on Plaintiffs' Improper Communication With Putative Class Members and related exhibits (the "Motion") be accepted for filing under seal.

By order dated April 11, 2017, the Court entered a Stipulated Protective Order in this matter (dkt. 71). Among other things, the Protective Order permitted parties to designate documents as containing confidential information by including a legend stating "Confidential." If documents designated as confidential information are filed with the Court, the Protective

1

1  Order required that the documents be filed under seal, in accordance with LR IA 10-5, or other
2  policies or procedures then applicable.
3      The Meiling Defendants' Motion discusses, and attaches as exhibits, documents that
4  were improperly sent to the employee of a named defendant, and apparently to hundreds of
5  unnamed members of the putative class. One of the documents bears the legend "Confidential."
6  The Meiling Defendants disagree that the documents are in fact confidential, and their counsel
7  has notified plaintiffs' counsel of this disagreement pursuant to the terms of the Protective
8  Order. Nevertheless, in compliance with the terms of the Protective Order, the Meiling
9  Defendants are treating the documents as confidential pending resolution of the disagreement.
10 The Meiling Defendants thus file the Motion, and its attached exhibits, under seal in
11 accordance with the terms of the Protective Order.
12     DATED this 12th day of May, 2017.

**HOLLAND & HART LLP**

By:   /s/ Brian Neil Hoffman
Brian Neil Hoffman (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel. (303) 295-8000 / Fax: (303) 416-8963
bnhoffman@hollandhart.com

Timothy A. Lukas
Robert C. Ryan
Tamara Reid
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775-327-3000 (tel.); 775-786-6179 (fax)
tlukas@hollandhart.com
rcryan@hollandhart.com
treid@hollandhart.com

*Attorneys for Defendants
Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd.*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: June 7, 2017

9844334_2

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 12th day of May, 2017, I served a true and correct copy of the foregoing of the above by electronic transmission to the parties through the United States District Court's CM/ECF system to the parties below:

David S. Lee dlee@lee-lawfirm.com, crenwick@lee-lawfirm.com, dmeeter@lee-lawfirm.com

Jeffrey L. Hartman notices@bankruptcyreno.com, sji@bankruptcyreno.com

Michael E. Kostrinsky mkostrinsky@lee-lawfirm.com, kagustin@lee-lawfirm.com

Nicholas J Santoro nsantoro@santoronevada.com, kcapella@santoronevada.com, rjenkins@santoronevada.com

Oliver J Pancheri OPancheri@santoronevada.com, rjenkins@santoronevada.com

/s/ Liz Ford
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511