```
FILED ___    ___ RECEIVED
___ ENTERED     ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

       JUN - 8 2017

   CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

David S. Lee, NV State Bar No. 6033
Michael Kostrinsky, NV State Bar No. 4655
LEE, HERNANDEZ, LANDRUM & GAROFALO
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Telephone: (702) 880-9750
DLee@Lee-Lawfirm.com
MKostrinsky@Lee-Lawfirm.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY ALEXANDER, MARTY COHEN, CHARLES DELLE DONNE, RICHARD SCOTT ELDER, ARNIE GETTELSON, MARC HARRIS, JERRY HOLLANDER, ELIAS KASSOUF, JEFF MACKINEN, DON MARSHALL, JERRY McDONALD, RON MELANSON, KEN MILES, MARVIN MILLS, MARC MORIN, ROBERT PARKER, DENNIS POULSEN, RON SMITH, ANDREW TANNER, CRAIG TIEFENTHALER, VIRGINIA WALLACE, and GERALD WOLFE, on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEAN MEILING, MADYLON MEILING, JAMES PROCTOR, JANET CHUBB, individuals, CHEMEON SURFACE TECHNOLOGY, LLC, METALAST SURFACE TECHNOLOGY, LLC, D&M-MI, LLC, DSM PARTNERS, LTD., MEILING FAMILY PARTNERS, LTD., and MERIDIAN ADVANTAGE<br><br>Defendants. | Case No.: 3:16-cv-00572-MMD-VPC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO MEILING DEFENDANTS' MOTION ON PLAINTIFFS' IMPROPER COMMUNICATION WITH PUTATIVE CLASS MEMBERS** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO MEILING DEFENDANTS' MOTION ON PLAINTIFFS' IMPROPER COMMUNICATION WITH PUTATIVE CLASS MEMBERS**

Pursuant to Local Rule 10-5(a), Plaintiffs respectfully request that their Opposition to Meiling Defendants' Motion on Plaintiffs Improper Communication with Putative Class Members (the "Opposition") be accepted for filing under seal.

1

On May 12, 2017, the Meiling Defendants filed their own Motion to Seal (ECF No. 76). That motion attached the Meiling Defendants' Motion on Plaintiffs' Improper Communication with Putative Class Members (the "Motion").

The Motion attached a confidential and privileged communication to/from harmed investors, plaintiffs, and members of the putative class as an exhibit. The Opposition addresses the Motion, and accordingly, the confidential and privileged communication.

As the Opposition will further explain, not only was the communication confidential and privileged, but it never should have been read by the Meiling Defendants or their counsel.

On this basis, Plaintiffs request that its Opposition be filed under seal pursuant to LR 10-5(a).

DATED: May 31, 2017.

LEE, HERNANDEZ, LANDRUM, & GAROFALO

By: _____
DAVID S. LEE, ESQ. (6033)
MICHAEL KOSTRINSKY, ESQ. (4655)
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128
Telephone: (702)880-9750
Attorneys for Plaintiffs

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: June 1, 2017

## CERTIFICATE OF MAILING

*Jerry Alexander, et al., v. Dean Meiling, et al.*
Case No.: 3:16-cv-00572-MMD_VJC

I HEREBY CERTIFY that on the 31st day of May, 2017, I served a true and correct copy of the above and foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO MEILING DEFENDANTS' MOTION ON PLAINTIFFS' IMPROPER COMMUNICATION WITH PUTATIVE CLASS MEMBERS, via electronic service, to the following counsel/person(s):

SEE ATTACHED SERVICE LIST

_Christina Ablahani_
An employee of LEE, HERNANDEZ, LANDRUM & GAROFALO

*Jerry Alexander, et al., v. Dean Meiling, et al.*

Service List

| Attorney | Contact Info. | Party |
|---|---|---|
| Timothy A. Lukas, Esq.<br>Robert C. Ryan, Esq.<br>Tamara Reid, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Fl.<br>Reno, NV 89511<br>tlukas@hollandhart.com<br>rcryan@hollandhart.com<br>treid@hollandhart.com | Ph: 775-327-3000<br>Fax: 775-786-6179 | Dean Meiling, Madylon Meiling, Chemeon Surface Technology, Metalast Surface Technology, LLC, Meiling Family Partners, Ltd. & D&M-MI LLC |
| Brian N. Hoffman, Esq.<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>bnhoffman@hollandhart.com | Ph: 303-295-8000<br>Fax: 303-416-8963 | |
| Jeffrey L. Hartman, Esq.<br>HARTMAN & HARTMAN<br>510 West Plumb Lane, Suite B<br>Reno, NV 89509<br>jlh@bankruptcyreno.com | Ph: 775-324-2800<br>Fax: 775-324-1818 | James Proctor and Meridian Advantage |
| Nicholas J. Santoro<br>Oliver J. Pancheri<br>SANTORO WHITMIRE<br>10100 W. Charleston Blvd.,<br>Suite 250<br>Las Vegas, Nevada 89135<br>nsantoro@santoronevada.com<br>opancheri@santoronevada.com | Ph: 702-948-8771<br>Fax: 702-948-8773 | Janet Chubb |

LEE, HERNANDEZ, LANDRUM, & GAROFALO
7575 VEGAS DRIVE, SUITE 150
LAS VEGAS, NV 89128
(702) 880-9750