1 | JAMES D. BOYLE, ESQ. (NBN 08384)
Email:  jboyle@nevadafirm.com
2 | CLARK V. VELLIS, ESQ. (NBN 05533)
Email:  cvellis@nevadafirm.com
3 | HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
4 | 800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
5 | Telephone:   775/851-8700

6

7 | GRACE M, KIM, ESQ. (NBN 09268)
Email:  gkim@kllawgroup.com
MARC Y. LAZO, ESQ. (PHV Forthcoming)
8 | Email:  mlazo@kllawgroup.com
10120 South Eastern Avenue, Suite 200
9 | Henderson, Nevada 89052
Telephone:   800/596-0370

10

11 | *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

12 | **DISTRICT OF NEVADA**

13

JERRY ALEXANDER, MARTY COHEN,
14 | CHARLES DELLE DONNE, RICHARD | CASE NO.:   3:16-cv-00572-MMD-CBC
SCOTT ELDER, ARNIE GETTELSON, MARC
15 | HARRIS, JERRY HOLLANDER, ELIAS | **STIPULATION AND ORDER OF**
KASSOUF, JEFF MACKINEN, DON | **SUBSTITUTION OF COUNSEL FOR**
16 | MARSHALL, JERRY McDONALD, RON | **PLAINTIFFS**
MELANSON, KEN MILES, MARVIN MILLS,
17 | MARC MORIN, ROBERT PARKER, DENNIS
POULSEN, RON SMITH, ANDREW TANNER,
18 | CRAIG TIEFENTHALER, VIRGINIA
WALLACE, and GERALD WOLFE, on behalf
19 | themselves and all others similarly situated

20 | Plaintiffs,

21 | v.

22 | DEAN MEILING, MADYLON MEILING,
JAMES PROCTOR, JANET CHUBB,
23 | individuals, CHEMEON SURFACE
TECHNOLOGY, LLC, METALAST SURFACE
24 | TECHNOLOGY, LLC, D&M-MI, LLC, DSM
PARTNERS, LTD., MEILING FAMILY
25 | PARTNERS, LTD., and MERIDIAN
ADVANTAGE,
26
Defendants.
27 | ///
28

- 1 -

1    Pursuant to LR IA 6-2 and 11-6, Plaintiffs Marc Harris, Jeff Mackinen, Jerry Alexander,

2    Marty Cohen, Charles Delle Donne, Richard Scott Elder, Arnie Gettelson, Jerry Hollander, Elias

3    Kassouf, Don Marshall, Jerry McDonald, Ron Melanson, Ken Miles, Marvin Mills, Marc Morin,

4    Robert Parker, Dennis Poulsen, Ron Smith, Andrew Tanner, Craig Tiefenthaler, Virginia

5    Wallace, and Gerald Wolfe (collectively hereinafter, "Plaintiffs"), hereby consent and agree to

6    the substitution of James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of Holley

7    Driggs Walch Fine Wray Puzey & Thompson, located at 800 South Meadows Parkway, Suite

8    800, Reno, Nevada 89521 (Tel.: (775) 851-8700), and Grace M. Kim, Esq., and Marc Y. Lazo,

9    Esq., 10120 South Eastern Avenue, Suite 200, Henderson, Nevada 89052 (Tel.: (800) 596-0370),

10   as their attorneys of record in the above-entitled action, in place and stead of David S. Lee, Esq.

11   and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, & Carlson, APC.

12   DATED this _10th_ day of September, 2018.

13   _Marc Harris_
     Marc Harris

14
15   DATED this ____ day of September, 2018.

16   _____
     Jeff Mackinen

17
18   DATED this ____ day of September, 2018.

19   _____
     Jerry Alexander

20
21   DATED this ____ day of September, 2018.

22   _____
     Marty Cohen

23
24   DATED this ____ day of September, 2018.

25   _____
     Charles Delle Donne

26
27   ///

28

- 2 -

1       Pursuant to LR IA 6-2 and 11-6, Plaintiffs Marc Harris, Jeff Mackinen, Jerry Alexander,

2   Marty Cohen, Charles Delle Donne, Richard Scott Elder, Arnie Gettelson, Jerry Hollander, Elias

3   Kassouf, Don Marshall, Jerry McDonald, Ron Melanson, Ken Miles, Marvin Mills, Marc Morin,

4   Robert Parker, Dennis Poulsen, Ron Smith, Andrew Tanner, Craig Tiefenthaler, Virginia

5   Wallace, and Gerald Wolfe (collectively hereinafter, "Plaintiffs"), hereby consent and agree to

6   the substitution of James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of Holley

7   Driggs Walch Fine Wray Puzey & Thompson, located at 800 South Meadows Parkway, Suite

8   800, Reno, Nevada 89521 (Tel.: (775) 851-8700), and Grace M. Kim, Esq., and Marc Y. Lazo,

9   Esq., 10120 South Eastern Avenue, Suite 200, Henderson, Nevada 89052 (Tel.: (800) 596-0370),

10  as their attorneys of record in the above-entitled action, in place and stead of David S. Lee, Esq.

11  and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, & Carlson, APC.

12      DATED this ____ day of September, 2018.

13

14                         Marc Harris

15      DATED this 2 0 day of September, 2018.   _____

16                         Jeff Mackinen

17

18      DATED this ____ day of September, 2018.

19                         Jerry Alexander

20

21      DATED this ____ day of September, 2018.

22                         Marty Cohen

23

24      DATED this ____ day of September, 2018.

25                         Charles Delle Donne

26

27  /// 

28

04089-00/Federal Court Substitution



1    Pursuant to LR IA 6-2 and 11-6, Plaintiffs Marc Harris, Jeff Mackinen, Jerry Alexander,

2  Marty Cohen, Charles Delle Donne, Richard Scott Elder, Arnie Gettelson, Jerry Hollander, Elias

3  Kassouf, Don Marshall, Jerry McDonald, Ron Melanson, Ken Miles, Marvin Mills, Marc Morin,

4  Robert Parker, Dennis Poulsen, Ron Smith, Andrew Tanner, Craig Tiefenthaler, Virginia

5  Wallace, and Gerald Wolfe (collectively hereinafter, "Plaintiffs"), hereby consent and agree to

6  the substitution of James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of Holley

7  Driggs Walch Fine Wray Puzey & Thompson, located at 800 South Meadows Parkway, Suite

8  800, Reno, Nevada 89521 (Tel.: (775) 851-8700), and Grace M. Kim, Esq., and Marc Y. Lazo,

9  Esq., 10120 South Eastern Avenue, Suite 200, Henderson, Nevada 89052 (Tel.: (800) 596-0370),

10  as their attorneys of record in the above-entitled action, in place and stead of David S. Lee, Esq.

11  and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, & Carlson, APC.

12    DATED this _____ day of September, 2018.

13

14                                    _____
                                      Marc Harris

15    DATED this _____ day of September, 2018.

16                                    _____
                                      Jeff Mackinen

17

18    DATED this _17_ day of September, 2018.

19        _GEAARD_C_           _(Jerry) Alexander_

20

21    DATED this _____ day of September, 2018.

22                                    _____
                                      Marty Cohen

23

24    DATED this _____ day of September, 2018.

25                                    _____
                                      Charles Delle Donne

26

27  ///

28

- 2 -

1   Pursuant to LR IA 6-2 and 11-6, Plaintiffs Marc Harris, Jeff Mackinen, Jerry Alexander,

2   Marty Cohen, Charles Delle Donne, Richard Scott Elder, Arnie Gettelson, Jerry Hollander, Elias

3   Kassouf, Don Marshall, Jerry McDonald, Ron Melanson, Ken Miles, Marvin Mills, Marc Morin,

4   Robert Parker, Dennis Poulsen, Ron Smith, Andrew Tanner, Craig Tiefenthaler, Virginia

5   Wallace, and Gerald Wolfe (collectively hereinafter, "Plaintiffs"), hereby consent and agree to

6   the substitution of James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of Holley

7   Driggs Walch Fine Wray Puzey & Thompson, located at 800 South Meadows Parkway, Suite

8   800, Reno, Nevada 89521 (Tel.: (775) 851-8700), and Grace M. Kim, Esq., and Marc Y. Lazo,

9   Esq., 10120 South Eastern Avenue, Suite 200, Henderson, Nevada 89052 (Tel.: (800) 596-0370),

10  as their attorneys of record in the above-entitled action, in place and stead of David S. Lee, Esq.

11  and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, & Carlson, APC.

12      DATED this ____ day of September, 2018.

13

14                                          _____
                                            Marc Harris
15      DATED this ____ day of September, 2018.

16                                          _____
                                            Jeff Mackinen
17

18      DATED this _14_ day of September, 2018.

19                                          _____
                                            Jerry Alexander
20

21      DATED this ____ day of September, 2018.

22                                          _____
                                            Marty Cohen
23

24      DATED this ____ day of September, 2018.

25                                          _____
                                            Charles Delle Donne
26

27  ///

28

04089-00/Federal Court Substitution

1    Pursuant to LR IA 6-2 and 11-6, Plaintiffs Marc Harris, Jeff Mackinen, Jerry Alexander,

2  Marty Cohen, Charles Delle Donne, Richard Scott Elder, Arnie Gettelson, Jerry Hollander, Elias

3  Kassouf, Don Marshall, Jerry McDonald, Ron Melanson, Ken Miles, Marvin Mills, Marc Morin,

4  Robert Parker, Dennis Poulsen, Ron Smith, Andrew Tanner, Craig Tiefenthaler, Virginia

5  Wallace, and Gerald Wolfe (collectively hereinafter, "Plaintiffs"), hereby consent and agree to

6  the substitution of James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of Holley

7  Driggs Walch Fine Wray Puzey & Thompson, located at 800 South Meadows Parkway, Suite

8  800, Reno, Nevada 89521 (Tel.: (775) 851-8700), and Grace M. Kim, Esq., and Marc Y. Lazo,

9  Esq., 10120 South Eastern Avenue, Suite 200, Henderson, Nevada 89052 (Tel.: (800) 596-0370),

10  as their attorneys of record in the above-entitled action, in place and stead of David S. Lee, Esq.

11  and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, & Carlson, APC.

12    DATED this ____ day of September, 2018.

13    _____
14    Marc Harris

15    DATED this ____ day of September, 2018.

16    _____
17    Jeff Mackinen
18    DATED this ____ day of September, 2018.

19    _____
20    Jerry Alexander
21    DATED this ____ day of September, 2018.

22    _____
23    Marty Cohen

24    DATED this _/3_ day of September, 2018.

25    _____
26    Charles Delle Donne

27  ///

28

-2-

1   DATED this ____ day of September, 2018.

2                                                _____
                                                 Richard Scott Elder
3

4   DATED this ____ day of September, 2018.

5                                                _____
                                                 Arnie Gettelson
6

7   DATED this ____ day of September, 2018.

8                                                _____
                                                 Jerry Hollander
9

10  DATED this ____ day of September, 2018.

11                                               _____
                                                 Elias Kassouf
12

13  DATED this ____ day of September, 2018.

14                                               _____
                                                 Don Marshall
15

16  DATED this ____ day of September, 2018.

17                                               _____
                                                 Jerry McDonald
18

19  DATED this ____ day of September, 2018.

20                                               _____
                                                 Ron Melanson
21

22  DATED this ____ day of September, 2018.

23                                               _____
                                                 Ken Miles
24

25  DATED this ____ day of September, 2018.

26                                               _____
                                                 Marvin Mills
27

28  ///

- 3 -

1   DATED this ____ day of September, 2018.

2                                                _____
3                                                Richard Scott Elder

4   DATED this _M_ day of September, 2018.

5                                                _____
6                                                Arnie Gettelson

7   DATED this _18_ day of September, 2018.

8                                                _____
9                                                Jerry Hollander

10  DATED this ____ day of September, 2018.

11
                                                 _____
12                                               Elias Kassouf

13  DATED this ____ day of September, 2018.

14
                                                 _____
15                                               Don Marshall

16  DATED this ____ day of September, 2018.

17
                                                 _____
18                                               Jerry McDonald

19  DATED this ____ day of September, 2018.

20
                                                 _____
21                                               Ron Melanson

22  DATED this ____ day of September, 2018.

23
                                                 _____
24                                               Ken Miles

25  DATED this ____ day of September, 2018.

26
                                                 _____
27                                               Marvin Mills

28  ///

- 3 -

04089-00/Federal Court Substitution

1      DATED this _____ day of September, 2018.

2

3                                   Richard Scott Elder

4      DATED this _____ day of September, 2018.

5

6                                   Arnie Gettelson

7      DATED this _____ day of September, 2018.

8

9                                   Jerry Hollander

10     DATED this _14_ day of September, 2018.

11

12                                   Elias Kassouf

13    DATED this _____ day of September, 2018.

14

15                                   Don Marshall

16    DATED this _____ day of September, 2018.

17

18                                   Jerry McDonald

19    DATED this _____ day of September, 2018.

20

21                                   Ron Melanson

22    DATED this _____ day of September, 2018.

23

24                                   Ken Miles

25    DATED this _____ day of September, 2018.

26

27                                   Marvin Mills

28   ///

1    DATED this ____ day of September, 2018.

2    _____

3    Richard Scott Elder

4    DATED this ____ day of September, 2018.

5    _____

6    Arnie Gettelson

7    DATED this ____ day of September, 2018.

8    _____

9    Jerry Hollander

10   DATED this ____ day of September, 2018.

11   _____

12   Elias Kassouf

13   DATED this ____ day of September, 2018.

14   _____

15   Don Marshall

16   DATED this _17th_ day of September, 2018.

17   _____

18   Jerry McDonald

19   DATED this ____ day of September, 2018.

20   _____

21   Ron Melanson

22   DATED this ____ day of September, 2018.

23   _____

24   Ken Miles

25   DATED this ____ day of September, 2018.

26   _____

27   Marvin Mills

28   ///

- 3 -

1   DATED this ____ day of September, 2018.

2                                             _____
3                                             Richard Scott Elder

4   DATED this ____ day of September, 2018.

5                                             _____
6                                             Arnie Gettelson

7   DATED this ____ day of September, 2018.

8                                             _____
9                                             Jerry Hollander

10  DATED this ____ day of September, 2018.

11                                            _____
12                                            Elias Kassouf

13  DATED this ____ day of September, 2018.

14                                            _____
15                                            Don Marshall

16  DATED this _16_ day of September, 2018.

17                                            _____
18                                            Jerry McDonald

19  DATED this ____ day of September, 2018.

20                                            _____
21                                            Ron Melanson

22  DATED this ____ day of September, 2018.

23                                            _____
24                                            Ken Miles

25  DATED this ____ day of September, 2018.

26                                            _____
27                                            Marvin Mills

28  ////

- 3 -

1    DATED this _____ day of September, 2018.

2

3                                 Richard Scott Elder

4    DATED this _____ day of September, 2018.

5

6                                   Arnie Gettelson

7    DATED this _____ day of September, 2018.

8

9                                   Jerry Hollander

10   DATED this _____ day of September, 2018.

11

12                                 Elias Kassouf

13   DATED this _____ day of September, 2018.

14

15                                 Don Marshall

16   DATED this _____ day of September, 2018.

17                                 Jerry McDonald

18

19   DATED this _____ day of September, 2018.

20                                 Ron Melanson

21

22   DATED this _____ day of September, 2018.

23

24                                 Ken Miles

25   DATED this _____ day of September, 2018.

26

27                                 Marvin Mills

28  ///

- 3 -

DATED this ____ day of September, 2018.

_____
Richard Scott Elder

DATED this ____ day of September, 2018.

_____
Arnie Gettelson

DATED this ____ day of September, 2018.

_____
Jerry Hollander

DATED this ____ day of September, 2018.

_____
Elias Kassouf

DATED this ____ day of September, 2018.

_____
Don Marshall

DATED this ____ day of September, 2018.

_____
Jerry McDonald

DATED this ____ day of September, 2018.

_____
Ron Melanson

DATED this 14th day of September, 2018.

_____
Ken Miles

DATED this ____ day of September, 2018.

_____
Marvin Mills

///

- 3 -

1   DATED this ____ day of September, 2018.

2                                              _____
                                               Richard Scott Elder
3

4   DATED this ____ day of September, 2018.

5                                              _____
                                               Arnie Gettelson
6

7   DATED this ____ day of September, 2018.

8                                              _____
                                               Jerry Hollander
9

10  DATED this ____ day of September, 2018.

11                                             _____
                                               Elias Kassouf
12

13  DATED this ____ day of September, 2018.

14                                             _____
                                               Don Marshall
15

16  DATED this ____ day of September, 2018.

17                                             _____
                                               Jerry McDonald
18

19  DATED this ____ day of September, 2018.

20                                             _____
                                               Ron Melanson
21

22  DATED this ____ day of September, 2018.

23                                             _____
                                               Ken Miles
24

25  DATED this 19th day of September, 2018.

26                                             _____
                                               Marvin Mills
27

28  ///

- 3 -

1   DATED this _13th_ day of September, 2018.

2   _____
    Maro Morin
3

4   DATED this _____ day of September, 2018.

5   _____
    Robert Parker
6

7   DATED this _____ day of September, 2018.

8   _____
    Dennis Poulsen
9

10  DATED this _____ day of September, 2018.

11  _____
    Ron Smith
12

13  DATED this _____ day of September, 2018.

14  _____
    Andrew Tanner
15

16  DATED this _____ day of September, 2018.

17  _____
    Craig Tiefenthaler
18

19  DATED this _____ day of September, 2018.

20  _____
    Virginia Wallace
21

22  DATED this _____ day of September, 2018.

23  _____
    Gerald Wolfe
24

25  ///

26  ///

27  ///

28  ///

- 4 -

04089-00/Federal Court Substitution

1    DATED this ____ day of September, 2018.

2
                                         _____
3                                        Marc Morin

4    DATED this 17th day of September, 2018.

5                                        _____
                                         Robert Parker
6

7    DATED this ____ day of September, 2018.

8
                                         _____
9                                        Dennis Poulsen

10   DATED this ____ day of September, 2018.

11
                                         _____
12                                       Ron Smith

13   DATED this ____ day of September, 2018.

14
                                         _____
15                                       Andrew Tanner

16   DATED this ____ day of September, 2018.

17
                                         _____
18                                       Craig Tiefenthaler

19   DATED this ____ day of September, 2018.

20
                                         _____
21                                       Virginia Wallace

22   DATED this ____ day of September, 2018.

23
                                         _____
24                                       Gerald Wolfe

25   ///

26   ///

27   ///

28   ///

- 4 -

1   DATED this ____ day of September, 2018.

2   _____
                                    Marc Morin
3

4   DATED this ____ day of September, 2018.

5   _____
                                    Robert Parker
6

7   DATED this 27th day of September, 2018.

8   _____
                                    Dennis Poulsen
9

10  DATED this ____ day of September, 2018.

11  _____
                                    Ron Smith
12

13  DATED this ____ day of September, 2018.

14  _____
                                    Andrew Tanner
15

16  DATED this ____ day of September, 2018.

17  _____
                                    Craig Tiefenthaler
18

19  DATED this ____ day of September, 2018.

20  _____
                                    Virginia Wallace
21

22  DATED this ____ day of September, 2018.

23  _____
                                    Gerald Wolfe
24

25  ///

26  ///

27  ///

28  ///

- 4 -

04089-00/Federal Court Substitution

1    DATED this ____ day of September, 2018.

2

3                                Marc Morin

4    DATED this ____ day of September, 2018.

5

6                                Robert Parker

7    DATED this ____ day of September, 2018.

8

9                                Dennis Poulsen

10    DATED this 14 day of September, 2018.

11

12                                Ron Smith

13    DATED this ____ day of September, 2018.

14

15                                Andrew Tanner

16    DATED this ____ day of September, 2018.

17

18                                Craig Tiefenthaler

19    DATED this ____ day of September, 2018.

20

21                                Virginia Wallace

22    DATED this ____ day of September, 2018.

23

24                                Gerald Wolfe

25  ///

26  ///

27  ///

28  ///

1     DATED this ____ day of September, 2018.

2                                              _____
                                               Marc Morin
3

4     DATED this ____ day of September, 2018.

5                                              _____
                                               Robert Parker
6

7     DATED this ____ day of September, 2018.

8                                              _____
                                               Dennis Poulsen
9

10    DATED this ____ day of September, 2018.

11                                             _____
                                               Ron Smith
12

13    DATED this 13th day of September, 2018.

14                                             _____
                                               Andrew Tanner
15

16    DATED this ____ day of September, 2018.

17                                             _____
                                               Craig Tiefenthaler
18

19    DATED this ____ day of September, 2018.

20                                             _____
                                               Virginia Wallace
21

22    DATED this ____ day of September, 2018.

23                                             _____
                                               Gerald Wolfe
24

25    ///

26    ///

27    ///

28    ///

- 4 -

04089-00/Federal Court Substitution

1   DATED this ____ day of September, 2018.

2                                                   _____
3                                                   Marc Morin

4   DATED this ____ day of September, 2018.

5                                                   _____
6                                                   Robert Parker

7   DATED this ____ day of September, 2018.

8                                                   _____
9                                                   Dennis Poulsen

10  DATED this ____ day of September, 2018.

11                                                  _____
12                                                  Ron Smith

13  DATED this ____ day of September, 2018.

14                                                  _____
15                                                  Andrew Tanner

16  DATED this _19_ day of September, 2018.

17                                                  _____
                                                    Craig Tiefenthaler
18

19  DATED this ____ day of September, 2018.

20                                                  _____
21                                                  Virginia Wallace

22  DATED this ____ day of September, 2018.

23                                                  _____
24                                                  Gerald Wolfe

25  ///

26  ///

27  ///

28  ///

- 4 -

1    DATED this _____ day of September, 2018.

2                                                    _____
3                                                    Marc Morin

4    DATED this _____ day of September, 2018.

5                                                    _____
6                                                    Robert Parker

7    DATED this _____ day of September, 2018.

8                                                    _____
9                                                    Dennis Poulsen

10   DATED this _____ day of September, 2018.

11
12                                                   _____
                                                     Ron Smith
13   DATED this _____ day of September, 2018.

14                                                   _____
15                                                   Andrew Tanner

16   DATED this _____ day of September, 2018.

17                                                   _____
18                                                   Craig Tiefenthaler

19   DATED this /5 day of September, 2018.           _Virginia Wallace_
20                                                   _____
                                                     Virginia Wallace
21

22   DATED this _____ day of September, 2018.

23                                                   _____
24                                                   Gerald Wolfe

25   ///
26   ///
27   ///
28   ///

04089-00/Federal Court Substitution

1    DATED this ____ day of September, 2018.

2    _____

3    Marc Morin

4    DATED this ____ day of September, 2018.

5    _____

6    Robert Parker

7    DATED this ____ day of September, 2018.

8    _____

9    Dennis Poulsen

10   DATED this ____ day of September, 2018.

11   _____

12   Ron Smith

13   DATED this ____ day of September, 2018.

14   _____

15   Andrew Tanner

16   DATED this ____ day of September, 2018.

17   _____

18   Craig Tiefenthaler

19   DATED this ____ day of September, 2018.

20   _____

21   Virginia Wallace

22   DATED this _16_ day of September, 2018.

23   _Gerald Wolfe_____

24   Gerald Wolfe

25   ///

26   ///

27   ///

28   ///

- 4 -

1   The undersigned, James D. Boyle, Esq. and Clark V. Vellis, Esq., of the law firm of

2   Holley Driggs Walch Fine Wray Puzey & Thompson, who are duly admitted to practice in this

3   District, hereby stipulate, consent and agree to being substituted in place and stead of David S.

4   Lee, Esq. and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, &

5   Carlson, APC, as counsel of record in the above-entitled action and on behalf of the above-

6   named Plaintiffs.

7   Dated this 28th day of February, 2019.

8                           **HOLLEY DRIGGS WALCH FINE**
                            **PUZEY STEIN & THOMPSON**
9

10                          _____
                            JAMES D. BOYLE, ESQ.
11                          Nevada Bar No. 08384
                            CLARK V. VELLIS, ESQ.
12                          Nevada Bar No. 05533
                            800 South Meadows Parkway, Suite 800
13                          Reno, Nevada  89521
                            (775) 851-8700
14

15

16   The undersigned, Grace M. Kim, Esq., who is duly admitted to practice in this District,

17   and Marc. Y. Lazo, Esq., pro hac vice application forthcoming, hereby stipulate, consent and

18   agree to be substituted in the place and stead of David S. Lee, Esq. and Michael Kostrinsky, Esq.

19   and the law firm of Lee, Hernandez, Landrum, & Carlson, APC, as counsel of record in the

20   above-entitled action and on behalf of the above-named Plaintiffs.

21   Dated this ____ day of September, 2018.

22

23

24                          _____
                            GRACE M. KIM, ESQ.
25                          Nevada Bar No. 09268
                            MARC Y. LAZO, ESQ.
26                          (Pro Hac Vice Application Forthcoming)
                            10120 South Eastern Avenue, Suite 200
27                          Henderson, Nevada 89052
                            (800) 596-0370
28   ///

- 5 -

1       The undersigned, James D. Boyle, Esq. and Clark V. Vellis, Esq., of the law firm of

2   Holley Driggs Walch Fine Wray Puzey & Thompson, who are duly admitted to practice in this

3   District, hereby stipulate, consent and agree to being substituted in place and stead of David S.

4   Lee, Esq. and Michael Kostrinsky, Esq. and the law firm of Lee, Hernandez, Landrum, &

5   Carlson, APC, as counsel of record in the above-entitled action and on behalf of the above-

6   named Plaintiffs.

7       Dated this ____ day of September, 2018.

8                       HOLLEY DRIGGS WALCH FINE WRAY
                     PUZEY & THOMPSON

9

10

11                      JAMES D. BOYLE, ESQ.
                    Nevada Bar No. 08384

12                      CLARK V. VELLIS, ESQ.
                    Nevada Bar No. 05533

13                      800 South Meadows Parkway, Suite 800
                    Reno, Nevada 89521

14                      (775) 851-8700

15

16      The undersigned, Grace M. Kim, Esq., who is duly admitted to practice in this District,

17  and Marc Y. Lazo, Esq., pro hac vice application forthcoming, hereby stipulate, consent and

18  agree to be substituted in the place and stead of David S. Lee, Esq. and Michael Kostrinsky, Esq.

19  and the law firm of Lee, Hernandez, Landrum, & Carlson, APC, as counsel of record in the

20  above-entitled action and on behalf of the above-named Plaintiffs.

21      Dated this _11_ day of September, 2018.

22

23

24                      GRACE M. KIM, ESQ.
                    Nevada Bar No. 09268

25                      MARC Y. LAZO, ESQ.
                    (Pro Hac Vice Application Forthcoming)

26                      10120 South Eastern Avenue, Suite 200
                    Henderson, Nevada 89052

27  ///                  (800) 596-0370

28

04089-00/Federal Court Substitution

1        The undersigned, David S. Lee, Esq. and Michael Kostrinsky, Esq. and the law firm of

2    Lee, Hernandez, Landrum, & Carlson, APC, who are duly admitted to practice in this District,

3    hereby stipulate, consent and agree to being released and replaced as counsel of record for the

4    above-referenced Plaintiffs, by James D. Boyle, Esq. and Clark V. Vellis, Esq. of the law firm of

5    Holley Driggs Walch Fine Wray Puzey & Thompson, and Grace M. Kim, Esq. and Marc Y.

6    Lazo, Esq..

7        Dated this __10__ day of September, 2018.

8                  **LEE, HERNANDEZ, LANDRUM,**
                      **& CARLSON, APC**

9

10                     DAVID S. LEE, ESQ.

11                    Nevada Bar No. 06033
                    MICHAEL KOSTRINSKY, ESQ.

12                    Nevada Bar No. 04655
                    7575 Vegas Drive, Suite 150

13                    Las Vegas, Nevada 89128
                    (702) 880-9750

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27

28

04089-00/Federal Court Substitution

1      Pursuant to LR IA 11-6(e), the undersigned represent that no delay of discovery, the trial,

2  or any hearing in the case, will result from the instant Substitution of Counsel.

3      Dated this 28ᵗʰ day of February, 2019.

4                                        HOLLEY DRIGGS WALCH FINE
                                         PUZEY STEIN & THOMPSON
5

6

7                                        JAMES D. BOYLE, ESQ.
                                         Nevada Bar No. 08384
                                         CLARK V. VELLIS, ESQ.
8                                        Nevada Bar No. 05533
                                         800 South Meadows Parkway, Suite 800
9                                        Reno, Nevada  89521
                                         (775) 851-8700
10

11                                       GRACE M, KIM, ESQ.
                                         Nevada Bar No. 09268
12                                       MARC Y. LAZO, ESQ.
                                         (Pro Hac Vice Application Forthcoming)
                                         10120 South Eastern Avenue, Suite 200
13                                       Henderson, Nevada 89052
                                         (800) 596-0370
14

15                                       *Attorneys for Plaintiffs*

16                                       **IT IS SO ORDERED**

17

18                                       _____
                                         United States Magistrate Judge
19

20                                       DATED: 3/1/2019
21

22

23

24

25

26

27

28

                                         - 7 -

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 28th day of February, 2019, I caused the document entitled **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS,** to be served as follows:

| | | |
|---|---|---|
| Timothy A. Lukas, Esq.<br>Robert C. Ryan, Esq.<br>Tamara Reid, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Fl.<br>Reno, Nevada 89511<br>tlukas@hollandhart.com<br>rcryan@hollandhart.com<br>treid@hollandhart.com | Dean Meiling,<br>Madylon Meiling,<br>Chemeon Surface<br>Technology,<br>Metalast Surface<br>Technology, LLC,<br>Meiling Family<br>Partners, Ltd. &<br>D&M-MI LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Brian N. Hoffman, Esq.<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>bnhoffman@hollandhart.com | Dean Meiling,<br>Madylon Meiling,<br>Chemeon Surface<br>Technology,<br>Metalast Surface<br>Technology, LLC,<br>Meiling Family<br>Partners, Ltd. &<br>D&M-MI LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Jeffrey L. Hartman, Esq.<br>HARTMAN & HARTMAN<br>510 West Plumb Lane, Suite B<br>Reno, Nevada 89509<br>jlh@bankruptcyreno.com | James Proctor and<br>Meridian<br>Advantage | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Nicholas J. Santoro<br>Oliver J. Pancheri<br>SANTORO WHITMIRE<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>nsantoro@santoronevada.com<br>opancheri@santoronevada.com | Janet Chubb | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

An employee of Holley Driggs Walch Fine
Puzey Stein & Thompson

04089-00/2088299_2.docx