Timothy A. Lukas (Nevada Bar No. 4678)
Robert C. Ryan (Nevada Bar No. 7164)
Joshua M. Halen (Nevada Bar No. 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. (775) 327-3000 / Fax: (775) 786-6179
tlukas@hollandhart.com
rcryan@hollandhart.com
jmhalen@hollandhart.com

Brian Neil Hoffman (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel. (303) 295-8000 / Fax: (303) 416-8963
bnhoffman@hollandhart.com

Adam Hosmer-Henner (NSBN12779)
Phil Mannelly (NSBN 14236)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Tel. (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendants Dean Meiling, Madylon Meiling,*
*Chemeon Surface Technology, LLC, Metalast Surface Technology,*
*LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd.*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY ALEXANDER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEAN MEILING, *et al.*<br><br>Defendants. | **CASE NO.:  16-cv-00572-MMD-CLB**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND REPLIES**<br><br>**[FIRST REQUEST]** |

Plaintiffs and Defendants, by and through their undersigned counsel stipulate and agree as follows:

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ◆ Fax: (775) 786-6179

1

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ◆ Fax: (775) 786-6179

1.      On November 19, 2019, Defendants Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd. (collectively, "Meiling Defendants") filed their Renewed Motion to Dismiss (ECF No. 134) and Special Motion to Dismiss (ECF No. 137).

2.      On November 22, 2019, Defendant Janet Chubb filed her Motion to Dismiss Claims Contained in Class Action (ECF No. 140) and joinders to the Meiling Defendants' motions (ECF Nos. 138 and 139).

3.      Pursuant to Local Rule 7-2(b), Plaintiffs responses to the Meiling Defendants motions are due on December 3, 2019, and their response to the Chubb Defendant motion is due on December 6, 2019.

4.      The parties hereby stipulate to extend the deadline for Plaintiffs to respond to the Meiling Defendants' motions and Chubb's motion until December 13, 2019; and, Defendants shall have until January 3, 2020 to file their replies.

5.      Pursuant to LR 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. The parties in this action have worked to coordinate the timing of filing pleadings in this case and affiliated cases in a consolidated fashion and to account for the availability of counsel over the holiday periods.  This is the Parties' first request for an extension of time to file responses to the motions and replies. Counsel do not believe that the extension requested would cause any undue delay in this case.

IT IS SO STIPULATED.

DATED this 3rd day of December, 2019.

HOLLAND & HART LLP                                  HARTMAN & HARTMAN

  */s/   Timothy A. Lukas*                              */s/: Jeffrey L. Hartman*
Timothy A. Lukas (NSBN 4678)                     Jeffrey L. Hartman (NSBN 1607)
Robert C. Ryan (NSBN 7164)                        510 West Plumb Lane, Ste. B
Joshua M. Halen (NSBN 13885)                     Reno, Nevada 89509
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511                                    *Attorneys for Defendants James Proctor and*
-and-                                                       *Meridian Advantage*
Brian Neil Hoffman *(pro hac vice)*
555 17th Street, Suite 3200
Denver, Colorado 80202
-and-                                                       ///

2

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

Adam Hosmer-Henner (NSBN12779)
Phil Mannelly (NSBN 14236)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501

*Attorneys for Defendants Dean Meiling,
Madylon Meiling, Chemeon Surface
Technology, LLC, Metalast Surface
Technology, LLC, D&M-MI, LLC, DSM
Partners, Ltd., and Meiling Family Partners,
Ltd.*

SANTORO WHITMIRE

*/s/: Oliver Pancheri, Esq.*
Oliver J. Pancheri (NSBN 7476)
Nicholas J. Santoro (NSBN 532)
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

*Attorneys for Defendant Janet Chubb*

HOLLEY DRIGGS WALCH FINE
PUZEY STEIN & THOMPSON

*/s/: James D. Boyle, Esq.*
James D. Boyle, Esq. (NSBN 08384)
Clark V. Vellis, Esq. (NSBN 05533)
800 South Meadows Parkway, Ste. 800
Reno, Nevada 89521
-and-
Grace M. Kim, Esq. (NSBN 09268)
Marc Y. Lazo, Esq. (Admitted PHV)
10120 South Eastern Avenue, Ste. 200
Henderson, Nevada 89052

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE/**

DATED:  December 4, 2019

3

**PROOF OF SERVICE**

Pursuant to FRCP 5, I, Audrey Brown, declare, as follows:

I am employed in the City of Reno, County of Washoe, State of Nevada, by the law offices of Holland & Hart. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. I am over the age of 18 years and not a party to this action.

I am readily familiar with Holland & Hart's practice for collection and processing of hand deliveries, facsimiles and outgoing mail. Such practice in the ordinary course of business provides for the delivery or faxing and/or mailing with the United States Postal Service, to occur on the same day the document is collected and processed.

On December 3, 2019, I caused the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DIMISS AND REPLIES [FIRST REQUEST]** to be served by the following method(s), as follows:

☑   ELECTRONIC:  by electronic transmission through the United States District Court's CM/ECF system to the parties below:

Clark V. Vellis, Esq.
Holley Driggs Walch Fine Wray
 Puzey & Thompson
800 South Meadows Parkway, Ste. 800
Reno, Nevada 89511
cvellis@nevadafirm.com

James D. Boyle, Esq.
Holley Driggs Walch Fine Wray
 Puzey & Thompson
400 S. Fourth Street, Suite 300
Las Vegas, Nevada 89101
jboyle@nevadafirm.com

Grace M. Kim, Esq.
10120 South Eastern Ave., Suite 200
Henderson, Nevada 89052

Marc Y. Lazo, Esq.
10120 South Eastern Ave., Suite 200
Henderson, Nevada 89052

*Attorneys for Plaintiffs*

Jeffrey L. Hartman
HARTMAN & HARTMAN
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
jlh@bankruptcyreno.com

*Attorneys for Defendants James Proctor and Meridian Advantage*

Oliver J. Pancheri (NBN 7476)
Nicholas J. Santoro (NBN 532)
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
OPancheri@santoronevada.com
nsantoro@santoronevada.com

*Attorneys for Defendant Janet Chubb*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 3, 2019.

_/s/  Audrey Brown_
An employee of Holland & Hart

13884418_v2

**HOLLAND & HART** LLP
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
Phone:  (775) 327-3000 ◆ Fax: (775) 786-6179