JAMES D. BOYLE, ESQ. (NBN 08384)
Email: jboyle@nevadafirm.com
CLARK V. VELLIS, ESQ. (NBN 05533)
Email: cvellis@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700

GRACE M, KIM, ESQ. (NBN 09268)
Email: gkim@kllawgroup.com
MARC Y. LAZO, ESQ. (Admitted PHV)
Email: mlazo@kllawgroup.com
10120 South Eastern Avenue, Suite 200
Henderson, Nevada 89052
Telephone: 800/596-0370

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY ALEXANDER, et al,, on behalf themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DEAN MEILING, MADYLON MEILING, JAMES PROCTOR, JANET CHUBB, individuals, CHEMEON SURFACE TECHNOLOGY, LLC, METALAST SURFACE TECHNOLOGY, LLC, D&M-MI, LLC, DSM PARTNERS, LTD., MEILING FAMILY PARTNERS, LTD., and MERIDIAN ADVANTAGE,<br><br>Defendants. | CASE NO.: 3:16-cv-00572-MMD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND RELATED FILINGS**<br><br>**(SECOND REQUEST)** |

Plaintiffs and Defendants, by and through their undersigned counsel stipulate and agree as follows:

1. On November 19, 2019, Defendants Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd. (collectively, "Meiling Defendants") filed their Renewed Motion to Dismiss (ECF No. 134) and Special Motion to Dismiss (ECF No. 137), as well as their Request for Judicial Notice related to the Renewed Motion to Dismiss (ECF No.

135) and Declaration of Timothy A. Lukas (ECF No. 136) (together, the "Meiling Defendants' Motions").

2. On November 22, 2019, Defendant Janet Chubb filed her Motion to Dismiss Claims Contained in Class Action (ECF No. 140) and joinders to the Meiling Defendants' Motions (ECF Nos. 138 and 139) (together, the Chubb Defendant's Motions").

3. Pursuant to LR II 7-2(b), Plaintiffs responses to the Meiling Defendants Motions were due on or before December 3, 2019, and their response to the Chubb Defendant Motions was due on or before December 6, 2019.

4. On December 4, 2019, this Court granted the Parties' stipulation to resetting the due dates for responses to the Meiling Defendants' Motions and the Chubb Defendant's Motions (ECF No. 142), which set a new due date of December 13, 2019. This Stipulation further extended the deadline for the Meiling Defendants and the Chubb Defendant to file reply briefs to January 3, 2020.

5. The parties hereby stipulate to extend the deadline for Plaintiffs to respond to the Meiling Defendants' Motions and Chubb Defendant's Motion until December 16, 2019, an extension of three (3) calendar days.

6. The parties hereby further stipulate to extend the deadline for the Meiling Defendans and the Chubb Defendant to file reply briefs until January 6, 2020, an extension of three (3) calendar days

7. Pursuant to LR IA 6-1, this second request for an extension for Plaintiffs to file their response briefs and for the Meiling Defendants' Motions and the Chubb Defendant to file their reply briefs. Plaintiffs make this request with good cause and in good faith and not for purposes of delay. The Parties in this action have worked to coordinate the timing for filing pleadings in this case and affiliated cases in a consolidated fashion, and to account for the availability of counsel over the holiday periods. This particular request is made to accommodate the deposition calendar for Plaintiffs' counsel in a different matter along with complexities in Plaintiffs' review and analysis of draft responses to the Meiling Defendants' Motions and the Chubb Defendant's Motions given the large number of putative class plaintiffs. This is the

1 | Parties' second request for an extension of time to file responses to the motions. Counsel do not
2 | believe that the brief extension requested herein will cause any undue delay in this action.
3 |     IT IS SO STIPULATED.
4 |     DATED this 13th day of December, 2019.

HOLLAND & HART LLP

 /s/  Timothy A. Lukas
Timothy A. Lukas (NSBN 4678)
Robert C. Ryan (NSBN 7164)
Joshua M. Halen (NSBN 13885)
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
-and-
Brian Neil Hoffman (*pro hac vice*)
555 17th Street, Suite 3200
Denver, Colorado 80202
-and-
Adam Hosmer-Henner (NSBN12779)
Phil Mannelly (NSBN 14236)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89501

*Attorneys for Defendants Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd.*

HARTMAN & HARTMAN

 /s/: Jeffrey L. Hartman
Jeffrey L. Hartman (NSBN 1607)
510 West Plumb Lane, Ste. B
Reno, Nevada 89509

*Attorneys for Defendants James Proctor and Meridian Advantage*

SANTORO WHITMIRE

/s/: Oliver Pancheri, Esq.
Oliver J. Pancheri (NSBN 7476)
Nicholas J. Santoro (NSBN 532)
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

*Attorneys for Defendant Janet Chubb*

HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON

 /s/: James D. Boyle, Esq.
James D. Boyle, Esq. (NSBN 08384)
Clark V. Vellis, Esq. (NSBN 05533)
800 South Meadows Parkway, Ste. 800
Reno, Nevada 89521
-and-
Grace M. Kim, Esq. (NSBN 09268)
Marc Y. Lazo, Esq. (Admitted PHV)
10120 South Eastern Avenue, Ste. 200
Henderson, Nevada 89052

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE/**

DATED: December 16, 2019

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 13th day of December, 2019, I caused the document entitled **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND RELATED FILINGS**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Timothy A. Lukas, Esq.<br>Robert C. Ryan, Esq.<br>Tamara Reid, Esq.<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Fl.<br>Reno, Nevada 89511<br>tlukas@hollandhart.com<br>rcryan@hollandhart.com<br>treid@hollandhart.com | Dean Meiling, Madylon Meiling, Chemeon Surface Technology, Metalast Surface Technology, LLC, Meiling Family Partners, Ltd. & D&M-MI LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Brian N. Hoffman, Esq.<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>bnhoffman@hollandhart.com | Dean Meiling, Madylon Meiling, Chemeon Surface Technology, Metalast Surface Technology, LLC, Meiling Family Partners, Ltd. & D&M-MI LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Adam Hosmer-Henner, Esq.<br>Phil Mannelly, Esq.<br>McDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>ahosmerhenner@mcdonaldcarano.com<br>pmannelly@mcdonaldcarano.com | Dean Meiling, Madylon Meiling, Chemeon Surface Technology, Metalast Surface Technology, LLC, Meiling Family Partners, Ltd. & D&M-MI LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Jeffrey L. Hartman, Esq.<br>HARTMAN & HARTMAN<br>510 West Plumb Lane, Suite B<br>Reno, Nevada 89509<br>jlh@bankruptcyreno.com | James Proctor and Meridian Advantage | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

| | | | |
|---|---|---|---|
| Nicholas J. Santoro<br>Oliver J. Pancheri<br>SANTORO WHITMIRE<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br>nsantoro@santoronevada.com<br>opancheri@santoronevada.com | Janet Chubb | ☐<br>■<br>☐<br>☐ | Personal Service<br>Email/E-File<br>Fax Service<br>Mail Service |

*/s/ Kathy MacElwain*
An employee of Holley Driggs Walch Fine Puzey Stein & Thompson

13181-01/2333919.docx