JAMES D. BOYLE, ESQ. (NBN 08384)
Email: jboyle@nevadafirm.com
CLARK V. VELLIS, ESQ. (NBN 05533)
Email: cvellis@nevadafirm.com
ROBIN V. GONZALES, ESQ. (NBN 15229)
Email: rgonzales@nevadafirm.com
HOLLEY DRIGGS
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:    775/851-8700

GRACE M, KIM, ESQ. (NBN 09268)
Email: gkim@kllawgroup.com
MARC Y. LAZO, ESQ. (Admitted PHV)
Email: mlazo@kllawgroup.com
K&L Law Group, P.C.
10120 South Eastern Avenue, Suite 200
Henderson, Nevada 89052
Telephone:    800/596-0370

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY ALEXANDER, MARTY COHEN, CHARLES DELLE DONNE, RICHARD SCOTT ELDER, ARNIE GETTELSON, MARC HARRIS, JERRY HOLLANDER, ELIAS KASSOUF, JEFF MACKINEN, DON MARSHALL, JERRY McDONALD, RON MELANSON, KEN MILES, MARVIN MILLS, MARC MORIN, ROBERT PARKER, DENNIS POULSEN, RON SMITH, ANDREW TANNER, CRAIG TIEFENTHALER, VIRGINIA WALLACE, and GERALD WOLFE, on behalf themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>DEAN MEILING, MADYLON MEILING, JAMES PROCTOR, JANET CHUBB, individuals, CHEMEON SURFACE TECHNOLOGY, LLC, METALAST SURFACE TECHNOLOGY, LLC, D&M-MI, LLC, DSM PARTNERS, LTD., MEILING FAMILY PARTNERS, LTD., and MERIDIAN ADVANTAGE,<br><br>               Defendants. | Case No:    3:16-cv-00572-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES FOR PLAINTIFFS' FILING OF RESPONSES TO DEFENDANTS' BILL OF COST AND MOTION FOR ATTORNEY FEES**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JERRY ALEXANDER, MARTY COHEN, CHARLES DELLE DONNE, RICHARD SCOTT ELDER, ARNIE GETTELSON, MARC HARRIS, JERRY HOLLANDER, ELIAS KASSOUF, JEFF MACKINEN, DON MARSHALL, JERRY MCDONALD, RON MELANSON, KEN MILES, MARVIN MILLS, MARC MORIN, ROBERT PARKER, DENNIS POULSEN, RON SMITH, ANDREW TANNER, CRAIG TIEFENTHALER, VIRGINIA WALLACE AND GERALD WOLFE ("Plaintiffs") and Defendants DEAN MEILING, MADYLON MEILING, CHEMEON SURFACE TECHNOLOGY, LLC, METALAST SURFACE TECHNOLOGY, LLC, D&M-MI, LLC, DSM PARTNERS, LTD., AND MEILING FAMILY PARTNERS, LTD. (collectively, "Meiling Defendants"), that the current due dates for Plaintiffs to file Responses to the Meiling Defendants' Bill of Costs and Motion for Attorney Fees of August 17, 2020 and August 18, 2020, respectively, be extended an additional thirteen (13) and fourteen (14) days respectively, up to and including Tuesday, September 1, 2020. This is the first request to extend either due date.

Plaintiffs' counsel represent that good cause exists to extend these deadlines under LR IA 6.1 because counsel for Plaintiffs have mandatory court hearings on August 17 and 18 in cases pending in California and Arizona that cannot be extended, and California counsel is also undergoing Covid testing on August 18, 2020 as the result of recent exposure to the virus that may require a quarantine which will make meeting the deadlines set forth herein very difficult, if not impossible. Plaintiffs' counsel therefore submit that litigation of this matter will thus be best served by the proposed extensions.

Accordingly, Plaintiffs respectfully request that the Court grant this stipulated request to continue the due date for filing responses to the Meiling Defendants' Bill of Costs and Motion for Attorney Fees until September 1, 2020.

Dated: August 16, 2020

| | |
|---|---|
| */s/ JAMES D. BOYLE*<br>HOLLEY DRIGGS<br>JAMES D. BOYLE, ESQ. (NBN 08384)<br>CLARK V. VELLIS, ESQ. (NBN 05533)<br>ROBIN V. GONZALES, ESQ. (NBN 15229)<br>800 South Meadows Parkway, Suite 800<br>Reno, Nevada  89521<br>(775) 851-870<br><br>K&L LAW GROUP, P.C.<br>GRACE M. KIM, ESQ. (NBN 09268)<br>MARC Y. LAZO, ESQ. (Admitted PHV)<br>10120 South Eastern Avenue, Suite 200<br>Henderson, Nevada 89052<br>(800) 596-0370<br><br>Attorneys for Plaintiffs | */s/  ROBERT C. RYAN*<br>Robert C. Ryan (Nevada Bar No. 7164)<br>Timothy A. Lukas (Nevada Bar No. 4678)<br>Joshua M. Halen (Nevada Bar No. 13885)<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor Reno, Nevada 89511<br>Tel. (775) 327-3000 / Fax: (775) 786-6179<br><br>Brian Neil Hoffman (pro hac vice)<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, Colorado 80202<br>Tel. (303) 295-8000 / Fax: (303) 416-8963<br><br>Adam Hosmer-Henner (NSBN12779)<br>Phil Mannelly (NSBN 14236)<br>McDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>Tel. (775) 788-2000<br><br>Attorneys for Defendants Dean Meiling, Madylon Meiling, Chemeon Surface Technology, LLC, Metalast Surface Technology, LLC, D&M-MI, LLC, DSM Partners, Ltd., and Meiling Family Partners, Ltd. |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 18, 2020

- 3 -